IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20304
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIX ARANEDA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-90-CR-0095-1
USDC No. H-96-CV-2538
- - - - - - - - - -

October 20, 1999

Before JONES, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

Felix Araneda (#52447-079), has applied for a certificate of
appealability ("COA") for an appeal from the dismissal of his
petition for a writ of coram nobis. Araneda's request for a COA
is DENIED AS UNNECESSARY. Araneda's motions for a preliminary
injunction and temporary restraining order are also DENIED.

The writ of coram nobis is an extraordinary remedy available
to a petitioner no longer in custody who seeks to vacate his
criminal conviction in circumstances where he can demonstrate

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

that he is suffering civil disabilities as a consequence of the conviction and that the challenged error is of sufficient magnitude to justify extraordinary relief. <u>Jimenez v. Trominski</u>, 91 F.3d 767, 768 (5th Cir. 1996). As Araneda cannot prevail on his ineffective-assistance-of-counsel claims, he is not entitled to coram nobis relief and the appeal is DISMISSED AS FRIVOLOUS. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

COA DENIED AS UNNECESSARY; PRELIMINARY INJUNCTION and TEMPORARY RESTRAINING ORDERS DENIED; APPEAL DISMISSED.